UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICK J. HEAD,**<br><br>            Petitioner,<br><br>      v.<br><br>**HEIDE M. LACKNER,**<br><br>            Respondent | **CASE NO. 1:14-CV-1165 AWI MJS**<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>(Doc. No. 27) |

On July 20, 2015, the Court denied Petitioner's 28 U.S.C. § 2254 habeas corpus petition. See Doc. No. 20. As part of the Court's denial, the Court declined to issue a certificate of appealability. See id. On August 3, 2015, Petitioner filed a notice of Appeal. See Doc. No. 22. On September 24, 2015, after the Magistrate Judge granted Petitioner additional time, Petitioner filed a motion for a certificate of appealability. See Doc. Nos. 26, 27. The motion is directed to the Ninth Circuit, but was filed in this case. See Doc. No. 27. On March 14, 2016, the Ninth Circuit denied Petitioner's request for a certificate of appealability. See Doc. No. 29. However, the docket reflects that the motion for a certificate of appealability remains pending in this Court. Because the motion was resolved by the Ninth Circuit but is listed as pending in this Court, the Court will correct the docket.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall TERMINATE Petitioner's motion for a certificate of appealability (Doc. No. 27) in light of the resolution of that motion by the Ninth Circuit.

IT IS SO ORDERED.

Dated:   August 15, 2016                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE